

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00762-CV

**IN RE B&T DEPENDABLE SERVICES, LLC** and Bernell **GARDENER**

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: November 27, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On November 12, 2024, relators filed a petition for a writ of mandamus. This court has determined the relators are not entitled to the relief sought because they have an appellate remedy. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018-CI-18528, styled *Edward Santos v. Bernell Gardener and B&T Dependable Services, LLC*, in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.